UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH GHANDOUR | No. 18 CR 533<br><br>Judge Sara L. Ellis |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE**

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves for an order to strike the trial date set for Monday, December 13, 2021 and schedule a status hearing shortly thereafter to schedule a new trial date. In support thereof the undersigned states as follows:

1. The indictment in this case charged defendant Joseph Ghandour with one count of selling or disposing a firearm to an individual he should have known was a felon, in violation of Title 18, United States Code, Section 922(d)(1). Dkt. # 1.

2. A trial is scheduled to begin on December 13, 2021. Dkt. # 51. On Saturday, November 13, 2021, while preparing for trial, the government received notification that an essential witness, the purchaser of the firearm, was diagnosed with a heart condition that requires surgery. The surgery has been set for December 13, 2021.

3. Due to the unforeseen unavailability of an essential witness, the government respectfully requests that the trial date for December 13, 2021 be stricken and the court set a status date shortly thereafter. In the interim, the

government will provide the court with more information regarding the availability of the witness so a new trial date can be set.

   4.  As soon as the government received notice of the unavailability of its witness, the government informed defense counsel via email and telephone. Defense counsel objects to this motion and any continuance of the trial date.

   WHEREFORE, the government respectfully requests that this Court strike the trial date of December 13, 2021 and set a status date shortly thereafter so the government can inform the court about the availability of the witness and the parties can schedule a new trial date in the matter.

            Respectfully submitted,

            JOHN R. LAUSCH, JR.
            United States Attorney

      By:  /s/ *Albert Berry III*
          ALBERT BERRY III
          Assistant U.S. Attorneys
          219 South Dearborn St., Rm. 500
          Chicago, Illinois 60604
          (312) 886-7855

Dated: November 15, 2021